UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Stuart J. Lieberman, Esq.
**LIEBERMAN & BLECHER, P.C.**
10 Jefferson Plaza, Suite 400
Princeton, New Jersey 08540
*Attorneys for Creditor Coventry Square*
*Condominium Association*

In Re:

**AVRAHAM MANHEIM and**
**SYLVIA MANHEIM,**

Debtors.

Case No.: 17-33851

Chapter: 11

Judge: Hon. Michael B. Kaplan, U.S. B.J.

**OJBECTION OF CREDITOR COVENTRY SQUARE CONDOMINIUM ASSOCIATION**
**TO DEBTORS' FIRST MODIFIED PLAN OF REORGANIZATION**

Creditor Coventry Square Condominium Association (the "Association"), by and through

its undersigned attorney, hereby files this objection to the first modified plan of reorganization of

the Debtors Avraham Manheim and Sylvia Manheim (together, "Debtors"). The Association

respectfully states the following in support of its objection:

**JURISDICTION**

1. The Court has jurisdiction to hear and determine this objection as provided by the relevant

   provisions of law.

2. The Association has standing to raise this objection and the issues stated herein as provided

   by the relevant provisions of law.

## BACKGROUND

3. On November 28, 2017, Debtors filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code. See Docket Entry 1.

4. On that same day, Debtors filed a First Modified Plan of Reorganization. See Docket Entry 9.

5. On December 12, 2017, Debtors filed an amended First Modified Plan of Reorganization. See Docket Entry 52.

6. Of note, and upon information and belief, Debtors have previously filed a Chapter 11 petition before this Court under case number 17-22581 on June 20, 2017. The Court dismissed that petition on November 2, 2017. Prior to that, debtor Avraham Manheim filed two Chapter 13 cases before this court, each of which the court dismissed. The current Chapter 11 case is debtor Sylvia Manheim's second bankruptcy petition and debtor Avraham Manheim's fourth petition in a single calendar year.

7. The Association filed a timely proof of claim on March 27, 2018.

## OBJECTION

8. The Association objects to the Debtors' plan because it does not propose to pay the Association's $4,940.00 claim, of which at least $3,015 is secured as a statewide docketed judgment and was recorded as such on December 2, 2016, prior to the Debtor's filing of this bankruptcy petition. See Exhibit A.

9. The Debtor's plan is not fair and equitable because it does not address the Association's claim.

## CONCLUSION

10. For these reasons and for any other reasons that may be demonstrated in papers submitted

by the parties or at the relevant hearing, the Debtors First Modified Plan of Reorganization

is not adequate, nor is it fair and equitable, and therefore, respectfully, this Court should

not confirm the proposed plan.

WHEREFORE, Coventry Square Condominium Association respectfully requests that the

Court deny confirmation of the Debtors' First Modified Plan of Reorganization, and that the

Court grant such other relief to the Association as the Court deems just and equitable.

March 23, 2018

Respectfully submitted,

By: _____
Stuart J. Lieberman, Esq.
OF LIEBERMAN & BLECHER, P.C.

# EXHIBIT A

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor:<br>Avaraham D. Manheim, and Sylvia Manheim | Case Number:<br>17-33851-MBK | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Coventry Square Condominium Association | |
|---|---|
| | **COURT USE ONLY** |

| Name and address where notices should be sent:<br><br>Stuart J. Lieberman, Esq., Lieberman & Blecher, P.C., 10 Jefferson Plaza, Suite 400, Princeton, NJ 08540<br><br>Telephone number: (732) 355-1310      email: DKN@liebermanblecher.com | ☐ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
|---|---|
| Name and address where payment should be sent (if different from above):<br><br><br><br><br>Telephone number:                  email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**          $                    4,940.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Condominium association and maintenance fees
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:**<br><br>2  1  6  4 | **3a. Debtor may have scheduled account as:**<br><br>_____<br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>(See instruction #3b) |
|---|---|---|

| **4. Secured Claim (See instruction #4)**<br>Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐Real Estate  ☐Motor Vehicle  ☑Other<br>**Describe:** Statewide docketed judgment<br><br>**Value of Property: $**_____<br><br>**Annual Interest Rate**_____% ☐Fixed  or  ☐Variable<br>(when case was filed) | **Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**<br><br>$_____<br><br>**Basis for perfection:** _____<br><br><br>**Amount of Secured Claim:**  $          3,015.00<br><br>**Amount Unsecured:**          $          1,925.00 |
|---|---|

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10 (Official Form 10) (04/13)                                                                                                    2

7. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. **Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                        or their authorized agent.          (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Marcel Rottenberg
Title: President
Company: Coventry Square Condo Assoc.                          (Signature)                    3/27/18
Address and telephone number (if different from notice address above):                          (Date)
445 East Kennedy Blvd.
Lakewood, NJ 08701

Telephone number: 732-367-2073, email: coventrysquarecondo@hotmail.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)                                                                                                                                3

---

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

RECORDED AS A LIEN  APR 0 5 2017

⑭

FILED

DEC - 2 2016

ROBERT E. BRENNER, J.S.C.

Stuart J. Lieberman, Esq. (ID: 016521986)
LIEBERMAN & BLECHER, P.C.
10 Jefferson Plaza, Suite 400
Princeton, New Jersey 08540
Tel.: (732) 355-1311
Attorneys for Plaintiff

COVENTRY SQUARE CONDOMINIUM
ASSOCIATION,

        Plaintiff,

    vs.

SYLVIA MANHEIM,

        Defendant.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
OCEAN COUNTY

DOCKET NO.: OCN-L-1556-16

CIVIL ACTION

ORDER OF FINAL JUDGMENT BY
DEFAULT

GRANTED

THIS MATTER, being opened to the Court by Lieberman & Blecher, P.C., attorneys for

Plaintiff, Coventry Square Condominium Association, by way of Motion seeking an Order

entering final judgment by default against Defendant, and the court having considered the

Motion, pleadings on file, and/or argument of the parties and for good cause having been shown:

    IT IS ON THIS __2__ day of ___December___, 2016,

    ORDERED that Final Judgment by Default is hereby entered against Defendant in the

sum of ___$3015.00 *___ in favor of Plaintiff, Coventry Square

Condominium Association; and it is further

    ORDERED that a copy of this Order shall be served by the moving party upon the

Defendant within __7__ days from receipt thereof.

regular/certified
mail

____ Opposed
✓ Unopposed

_____
Robert E. Brenner, J.S.C.

* Inclusive of $762.00 in Attorneys fees

J050195-17

DATE: 3/19/18 TIME: 3:24 PM          **Coventry Square Condo. Assoc.**                    Page: 1

**FINANCIAL TRANSACTIONS - 03/19/18**

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:      0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|------|-----------|---------|--------|------|-----|-------------|--------|---------|
| 020110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 90.00 | 90.00 |
| 021210 | 90.00 | 7828 | 021210 | A1 | | Maintenance Fee | (90.00) | 0.00 |
| 030110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 90.00 | 90.00 |
| 031110 | 90.00 | 7906 | 031110 | A1 | | Maintenance Fee | (90.00) | 0.00 |
| 040110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 90.00 | 90.00 |
| 041410 | 90.00 | 7982 | 041410 | A1 | | Maintenance Fee | (90.00) | 0.00 |
| 050110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 90.00 | 90.00 |
| 050310 | | EXPENSE ADJ | | 09 | | Lease Renewal | 20.00 | 110.00 |
| 050310 | June 1 2010 | | | | | | | |
| 050410 | | EXPENSE ADJ | | A1 | | Maintenance Fee | (10.00) | 100.00 |
| 050410 | reduction in maintenance | | | | | | | |
| 051110 | 80.00 | 8075 | 051110 | A1 | | Maintenance Fee | (80.00) | 20.00 |
| 051110 | 20.00 | 8077 | 051110 | 09 | | Lease Renewal | (20.00) | 0.00 |
| 060110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 060810 | | EXPENSE ADJ | | 16 | | I.D. / Pool Car | 3.00 | 83.00 |
| 060810 | Renewal pool passes 2010 | | | | | | | |
| 060910 | 3.00 | 875365 | 060910 | 16 | | I.D. / Pool Car | (3.00) | 80.00 |
| 061110 | 80.00 | 8195 | 061110 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 070110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 071310 | 80.00 | 8265 | 071310 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 080110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 081110 | 80.00 | 8369 | 081110 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 090110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 091510 | 80.00 | 8461 | 091510 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 100110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 101210 | 80.00 | 8520 | 101210 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 110110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 111110 | 80.00 | 8609 | 111110 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 120110 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |

DATE: 3/19/18 TIME: 3:24 PM          **Coventry Square Condo. Assoc.**                    Page: 2

**FINANCIAL TRANSACTIONS - 03/19/18**

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:      0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|------|-----------|---------|--------|------|-----|-------------|--------|---------|
| 121310 | 80.00 | 8732 | 121310 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 010111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 011411 | 80.00 | 8802 | 011411 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 011811 | 80.00 | ca4619661 | 011811 | PP-A1 | | Credit-Prepaid | (80.00) | (80.00) |
| 020111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 0.00 |
| 020111 | | APPLY PREPAYMNT | | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 021111 | 80.00 | 8891 | 021111 | PP-A1 | | Credit-Prepaid | (80.00) | (80.00) |
| 021411 | (80.00) | ca4619661 | PA-ADJ | PP-A1 | | Credit-Prepaid | 80.00 | 0.00 |
| 021411 | credit to wrong account | | | | | | | |
| 030111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 031511 | 80.00 | 8976 | 031511 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 040111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 041211 | 80.00 | 9069 | 041211 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 050111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 051011 | | EXPENSE ADJ | | 09 | | Lease Renewal | 20.00 | 100.00 |
| 051011 | lease renewal - 6/1/11 | | | | | | | |
| 051211 | 80.00 | 9154 | 051211 | A1 | | Maintenance Fee | (80.00) | 20.00 |
| 052011 | 20.00 | 9211 | 052011 | 09 | | Lease Renewal | (20.00) | 0.00 |
| 060111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 061411 | 80.00 | 9283 | 061411 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 070111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 070511 | | EXPENSE ADJ | | 16 | | I.D. / Pool Car | 7.00 | 87.00 |
| 070511 | 2011 pool pass Tenant | | | | | | | |
| 070611 | 7.00 | CA451595 | 070611 | 16 | | I.D. / Pool Car | (7.00) | 80.00 |
| 071511 | 80.00 | 9363 | 071511 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 080111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 081211 | 80.00 | 9451 | 081211 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 090111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 091311 | 80.00 | 9538 | 091311 | A1 | | Maintenance Fee | (80.00) | 0.00 |

DATE: 3/19/18 TIME: 3:24 PM               **Coventry Square Condo. Assoc.**               **Page: 3**

**FINANCIAL TRANSACTIONS - 03/19/18**

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:     0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 100111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 101311 | 80.00 | 9618 | 101311 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 110111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 110211 | | EXPENSE ADJ | | 12 | | Violate Serv Fe | 15.00 | 95.00 |
| 110211 | Green can left out after 10:00 am on 11/1 | | | | | | | |
| 111511 | 80.00 | 9746 | 111511 | A1 | | Maintenance Fee | (80.00) | 15.00 |
| 120111 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 95.00 |
| 120511 | 80.00 | 9808 | 120511 | A1 | | Maintenance Fee | (80.00) | 15.00 |
| 120711 | | EXPENSE ADJ | | 12 | | Violate Serv Fe | 15.00 | 30.00 |
| 120711 | blue can left out on 12/7/11 after 11:00am | | | | | | | |
| 010112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 110.00 |
| 011312 | 80.00 | 9913 | 011312 | A1 | | Maintenance Fee | (80.00) | 30.00 |
| 011312 | 30.00 | 9916 | 011312 | 12 | | Violate Serv Fe | (30.00) | 0.00 |
| 012712 | | EXPENSE ADJ | | 11 | | Service Fee | 15.00 | 15.00 |
| 012712 | picked up trash in front of unit (cigarettes) | | | | | | | |
| 020112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 95.00 |
| 021012 | 80.00 | 10013 | 021012 | A1 | | Maintenance Fee | (80.00) | 15.00 |
| 021412 | | EXPENSE ADJ | | 11 | | Service Fee | 15.00 | 30.00 |
| 021412 | blue can left out after 1pm on 2/8/12 | | | | | | | |
| 030112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 110.00 |
| 031312 | 80.00 | 10105 | 031312 | A1 | | Maintenance Fee | (80.00) | 30.00 |
| 040112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 110.00 |
| 041312 | 80.00 | 10207 | 041312 | A1 | | Maintenance Fee | (80.00) | 30.00 |
| 050112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 110.00 |
| 051112 | | EXPENSE ADJ | | 09 | | Lease Renewal | 20.00 | 130.00 |
| 051112 | lease renewal expires June | | | | | | | |
| 051112 | 80.00 | 10305 | 051112 | A1 | | Maintenance Fee | (80.00) | 50.00 |
| 051112 | 20.00 | 10229 | 051112 | 09 | | Lease Renewal | (20.00) | 30.00 |
| 060112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 110.00 |
| 060612 | | EXPENSE ADJ | | 16 | | I.D. / Pool Car | 3.00 | 113.00 |
| 060612 | 2012 ID's - Tenant 2/1guest renewal | | | | | | | |

DATE: 3/19/18 TIME: 3:24 PM        **Coventry Square Condo. Assoc.**        Page: 4

**FINANCIAL TRANSACTIONS - 03/19/18**

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:     0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 060712 | 33.00 | CA999331 | 060712 | 16 | | I.D. / Pool Car | (3.00) | 80.00 |
| 060712 | | | | 11 | | Service Fee | (30.00) | |
| 061212 | 80.00 | 10416 | 061212 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 070112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 071212 | 80.00 | 10529 | 071212 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 080112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 081512 | 80.00 | 10610 | 081512 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 090112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 091212 | 80.00 | 10734 | 091212 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 100112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 101512 | 80.00 | 10804 | 101512 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 110112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 111512 | 80.00 | 10884 | 111512 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 120112 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 121312 | 80.00 | 11046 | 121312 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 123112 | | EXPENSE ADJ | | 13 | | Coventry Prog. | 20.00 | 20.00 |
| 123112 | Invoice # 004921 carbon monoxide for s.i. | | | | | | | |
| 010113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 100.00 |
| 011413 | 20.00 | 11122 | 011413 | 13 | | Coventry Prog. | (20.00) | 80.00 |
| 011413 | 80.00 | 11123 | 011413 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 020113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 021213 | 80.00 | 11234 | 021213 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 030113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 031413 | 80.00 | 11325 | 031413 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 040113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 041213 | 80.00 | 11402 | 041213 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 050113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 052113 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 105.00 |

DATE: 3/19/18 TIME: 3:24 PM          **Coventry Square Condo. Assoc.**                    Page: 5

FINANCIAL TRANSACTIONS - 03/19/18

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:      0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|------|-----------|---------|--------|------|-----|-------------|--------|---------|
| 060113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 185.00 |
| 061713 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 210.00 |
| 070113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 290.00 |
| 070113 | 210.00 | 11624 | 070113 | A1 | | Maintenance Fee | (160.00) | 80.00 |
| 070113 | | | | 01 | | Late Fees | (50.00) | |
| 070513 | | EXPENSE ADJ | | 16 | | I.D. / Pool Car | 3.00 | 83.00 |
| 070513 | 3 renewals | | | | | | | |
| 070513 | 3.00 | CA-542393 | 070513 | 16 | | I.D. / Pool Car | (3.00) | 80.00 |
| 071113 | 80.00 | 11689 | 071113 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 080113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 081413 | 80.00 | 11776 | 081413 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 090113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 091113 | 80.00 | 11842 | 091113 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 100113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 101513 | 80.00 | 11973 | 101513 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 110113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 111413 | 80.00 | 12061 | 111413 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 120113 | | APPLY CHARGES | | A1 | | Maintenance Fee | 80.00 | 80.00 |
| 121313 | 80.00 | 12138 | 121313 | A1 | | Maintenance Fee | (80.00) | 0.00 |
| 010114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 110.00 |
| 010914 | 110.00 | 12199 | 010914 | A1 | | Maintenance Fee | (110.00) | 0.00 |
| 020114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 110.00 |
| 021814 | 110.00 | 12350 | 021814 | A1 | | Maintenance Fee | (110.00) | 0.00 |
| 030114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 110.00 |
| 031414 | 110.00 | 12412 | 031414 | A1 | | Maintenance Fee | (110.00) | 0.00 |
| 040114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 110.00 |
| 040114 | | EXPENSE ADJ | | 12 | | Violate Serv Fe | 15.00 | 125.00 |
| 040114 | green can left out till friday 3/29/14 | | | | | | | |

DATE: 3/19/18 TIME: 3:24 PM                **Coventry Square Condo. Assoc.**                     Page: 6

FINANCIAL TRANSACTIONS - 03/19/18

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:      0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 041014 | 110.00 | 12535 | 041014 | A1 | | Maintenance Fee | (110.00) | 15.00 |
| 050114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 125.00 |
| 051414 | 110.00 | 12605 | 051414 | A1 | | Maintenance Fee | (110.00) | 15.00 |
| 060114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 125.00 |
| 060214 | | EXPENSE ADJ | | 16 | | I.D. / Pool Car | 2.00 | 127.00 |
| 060214 | 2014 ONE TIME REMOVAL | | | | | | | |
| 060214 | 20.00 | CA-65661 | 060214 | 16 | | I.D. / Pool Car | (2.00) | 107.00 |
| 060214 | | | | 12 | | Violate Serv Fe | (15.00) | |
| 060214 | | | | PP-A1 | | Credit-Prepaid | (3.00) | |
| 061314 | 110.00 | 12719 | 061314 | A1 | | Maintenance Fee | (110.00) | (3.00) |
| 070114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 107.00 |
| 070114 | | APPLY PREPAYMNT | | A1 | | Maintenance Fee | (3.00) | 107.00 |
| 071514 | 110.00 | 12829 | 071514 | A1 | | Maintenance Fee | (107.00) | (3.00) |
| 071514 | | | | PP-A1 | | Credit-Prepaid | (3.00) | |
| 080114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 107.00 |
| 080114 | | APPLY PREPAYMNT | | A1 | | Maintenance Fee | (3.00) | 107.00 |
| 081314 | 110.00 | 12924 | 081314 | A1 | | Maintenance Fee | (107.00) | (3.00) |
| 081314 | | | | PP-A1 | | Credit-Prepaid | (3.00) | |
| 090114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 107.00 |
| 090114 | | APPLY PREPAYMNT | | A1 | | Maintenance Fee | (3.00) | 107.00 |
| 091114 | 110.00 | 13045 | 091114 | A1 | | Maintenance Fee | (107.00) | (3.00) |
| 091114 | | | | PP-A1 | | Credit-Prepaid | (3.00) | |
| 100114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 107.00 |
| 100114 | | APPLY PREPAYMNT | | A1 | | Maintenance Fee | (3.00) | 107.00 |
| 101514 | 110.00 | 13162 | 101514 | A1 | | Maintenance Fee | (107.00) | (3.00) |
| 101514 | | | | PP-A1 | | Credit-Prepaid | (3.00) | |
| 110114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 107.00 |
| 110114 | | APPLY PREPAYMNT | | A1 | | Maintenance Fee | (3.00) | 107.00 |
| 111214 | 110.00 | 13256 | 111214 | A1 | | Maintenance Fee | (107.00) | (3.00) |
| 111214 | | | | PP-A1 | | Credit-Prepaid | (3.00) | |
| 120114 | | APPLY CHARGES | | A1 | | Maintenance Fee | 110.00 | 107.00 |

DATE: 3/19/18 TIME: 3:24 PM          **Coventry Square Condo. Assoc.**                    Page: 7

FINANCIAL TRANSACTIONS - 03/19/18

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:      0.00

| DATE | PAYMT AMT | CHECK # DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 120114 | | APPLY PREPAYMNT | A1 | | Maintenance Fee | (3.00) | 107.00 |
| 121514 | 110.00 | 13356  121514 | A1 | | Maintenance Fee | (107.00) | (3.00) |
| 121514 | | | PP-A1 | | Credit-Prepaid | (3.00) | |
| 010115 | | APPLY CHARGES | A1 | | Maintenance Fee | 110.00 | 107.00 |
| 010115 | | APPLY PREPAYMNT | A1 | | Maintenance Fee | (3.00) | 107.00 |
| 011415 | 107.00 | 13455  011415 | A1 | | Maintenance Fee | (107.00) | 0.00 |
| 020115 | | APPLY CHARGES | A1 | | Maintenance Fee | 110.00 | 110.00 |
| 021815 | | APPLY LATE FEE | 01 | | Late Fees | 25.00 | 135.00 |
| 030115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 260.00 |
| 040115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 385.00 |
| 050115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 510.00 |
| 052015 | | APPLY LATE FEE | 01 | | Late Fees | 25.00 | 535.00 |
| 060115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 660.00 |
| 061615 | | APPLY LATE FEE | 01 | | Late Fees | 25.00 | 685.00 |
| 062415 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 810.00 |
| 071715 | | APPLY LATE FEE | 01 | | Late Fees | 25.00 | 835.00 |
| 080115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 960.00 |
| 081715 | | APPLY LATE FEE | 01 | | Late Fees | 25.00 | 985.00 |
| 090115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 1110.00 |
| 100115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 1235.00 |
| 101615 | | APPLY LATE FEE | 01 | | Late Fees | 25.00 | 1260.00 |
| 110115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 1385.00 |
| 111715 | | APPLY LATE FEE | 01 | | Late Fees | 25.00 | 1410.00 |
| 120115 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 1535.00 |
| 121615 | | APPLY LATE FEE | 01 | | Late Fees | 25.00 | 1560.00 |
| 010116 | | APPLY CHARGES | A1 | | Maintenance Fee | 125.00 | 1685.00 |

DATE: 3/19/18 TIME: 3:24 PM                **Coventry Square Condo. Assoc.**                          **Page: 8**

**FINANCIAL TRANSACTIONS - 03/19/18**

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:     0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|------|-----------|---------|--------|------|-----|-------------|--------|---------|
| 011916 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 1710.00 |
| 020116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 1835.00 |
| 021016 | | EXPENSE ADJ | | 05 | | Attorney / lien | 30.00 | 1865.00 |
| 021016 | lien filng fee | | | | | | | |
| 021816 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 1890.00 |
| 030116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 2015.00 |
| 031616 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 2040.00 |
| 040116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 2165.00 |
| 041816 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 2190.00 |
| 050116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 2315.00 |
| 052316 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 2340.00 |
| 060116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 2465.00 |
| 070116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 2590.00 |
| 072616 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 2615.00 |
| 080116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 2740.00 |
| 081916 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 2765.00 |
| 090116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 2890.00 |
| 100116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 3015.00 |
| 110116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 3140.00 |
| 112116 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 3165.00 |
| 120116 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 3290.00 |
| 122216 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 3315.00 |
| 010117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 3440.00 |
| 012617 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 3465.00 |
| 020117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 3590.00 |
| 022317 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 3615.00 |

DATE: 3/19/18 TIME: 3:24 PM       **Coventry Square Condo. Assoc.**       **Page: 9**

## FINANCIAL TRANSACTIONS - 03/19/18

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:     0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 030117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 3740.00 |
| 032317 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 3765.00 |
| 040117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 3890.00 |
| 042517 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 3915.00 |
| 050117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 4040.00 |
| 052617 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 4065.00 |
| 060117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 4190.00 |
| 062117 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 4215.00 |
| 070117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 4340.00 |
| 072717 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 4365.00 |
| 080117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 4490.00 |
| 081817 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 4515.00 |
| 090117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 4640.00 |
| 092517 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 4665.00 |
| 100117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 4790.00 |
| 102617 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 4815.00 |
| 110117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 4940.00 |
| 112717 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 4965.00 |
| 120117 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 5090.00 |
| 010118 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 5215.00 |
| 012518 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 5240.00 |
| 020118 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 5365.00 |
| 022618 | | APPLY LATE FEE | | 01 | | Late Fees | 25.00 | 5390.00 |
| 030118 | | APPLY CHARGES | | A1 | | Maintenance Fee | 125.00 | 5515.00 |
| 031418 | | EXPENSE ADJ | | A1 | | Maintenance Fee | (4610.00) | 905.00 |
| 031418 | | EXPENSE ADJ | | 01 | | Late Fees | (750.00) | 155.00 |

DATE: 3/19/18 TIME: 3:24 PM                **Coventry Square Condo. Assoc.**                                    Page: 10

**FINANCIAL TRANSACTIONS - 03/19/18**

164 Downing Street
Steven Hauptman
Unit ID: 2164
PREPAID BAL:     0.00

| DATE | PAYMT AMT | CHECK # | DEP DT | CODE | N/A | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 031418 | | EXPENSE ADJ | | 05 | | Attorney / lien | (30.00) | 125.00 |

031418    propety sold at sheririf's sale

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stuart J. Lieberman, Esq.
LIEBERMAN & BLECHER, P.C.
10 Jefferson Plaza, Suite 400
Princeton, NJ 08540
Attorneys for Creditor Coventry Square
Condominium Association

In Re:

Avraham Manheim and Sylvia Manheim,
Debtors

| | |
|---|---|
| Case No.: | 17-33851 |
| Chapter: | 11 |
| Adv. No.: | n/a |
| Hearing Date: | n/a |
| Judge: | Hon. Michael B. Kaplan, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, _Stuart J. Lieberman, Esq._ :

   ☒ represent _Coventry Square Condo. Assn._ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ April 2, 2018 _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   Objection of Creditor Coventry Square Condominium Associattion to Debtors' First Modified
   Plan of Reorganization

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _April 2, 2018_

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Timothy P. Nuemann, Esq.<br>timothy.nuemann25@gmail.com | Debtors' counsel | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other e-filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>USTPRRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other e-filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Avaraham D. Manheim, and Sylvia Manheim<br>807 Forest Avenue<br>Lakewood, NJ 08701-2627 | Debtors | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |