# RENT ROLL

| PROPERTY ADDRESS: | | DECEMBER: | JANUARY: | FEBRUARY: | MARCH: |
|---|---|---|---|---|---|
| STREET: | CITY: | | | | |
| CLYDEBANK CT. 1174C | LAKEWOOD | SOLD IN SHERIFF SALE (WHILE STAY IN EFFECT) | SOLD IN SHERIFF SALE (WHILE STAY IN EFFECT) | SOLD IN SHERIFF SALE (WHILE STAY IN EFFECT) | SOLD IN SHERIFF SALE (WHILE STAY IN EFFECT) |
| COUNTY LINE RD. E. 1289 | LAKEWOOD | VACANT | $ 790* | $ 1650 | $ 1650 |
| DOWNING ST. 164 | LAKEWOOD | $ 1125 | SOLD IN SHERIFF SALE | SOLD IN SHERIFF SALE | SOLD IN SHERIFF SALE |
| DEWEY AVE. 325 | LAKEWOOD | $ 3100 | $ 3100 | $ 2870 | $ 3100 |
| EISENHOWER ST. 1413 | LAKEWOOD | $ 1000 | SOLD IN SHERIFF SALE | SOLD IN SHERIFF SALE | SOLD IN SHERIFF SALE |
| JOE PARKER RD. 340G | LAKEWOOD | $ 883 | $ 1083 | $ 960 | $ 1083 |
| PARIS COURT 1346 | LAKEWOOD | $ 1240 | $ 1240 | $ 1240 | $ 1240 |
| | | | | | |
| HOFFMAN AVE. 156 | TRENTON | X | X | X | X |
| RUTHERFORD AVE. 323 | TRENTON | X | X | X | X |

* $ 860 WAS DEDUCTED FOR REPAIRS.

**Sylvia Manheim Avraham Manheim**
**Transaction Detail By Account**
December 2017

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Support** | | | | | | | | | | | |
| Deposit | 12/20/2017 | | | Das Kedoshim | Deposit | | | 0699 Manheim DIP 17-33851 | | 220.00 | 220.00 |
| Deposit | 12/27/2017 | | | Das Kedoshim | Deposit | | | 0699 Manheim DIP 17-33851 | | 195.00 | 415.00 |
| **Total Business Support** | | | | | | | | | 0.00 | 415.00 | 415.00 |
| **Rental Income** | | | | | | | | | | | |
| Deposit | 12/06/2017 | 16469 | | Jesse M Roth, Realtor | Deposit | Eisenhower St 1413 | | 0699 Manheim DIP 17-33851 | | 1,000.00 | 1,000.00 |
| Deposit | 12/06/2017 | | | | Deposit | Joe Parker Rd 340G | | 1655 Manheim 17-33851 | | 833.31 | 1,833.31 |
| Deposit | 12/13/2017 | | | | Deposit | Paris Ct 1346 | | 1572 Manheim 17-33851 | | 1,240.00 | 3,073.31 |
| Deposit | 12/22/2017 | | | | Deposit | Downing St 164 | | 1572 Manheim 17-33851 | | 1,000.00 | 4,073.31 |
| Deposit | 12/27/2017 | | | | Deposit | Downing St 164 | | 0699 Manheim DIP 17-33851 | | 125.00 | 4,198.31 |
| Deposit | 12/28/2017 | | | | Deposit | Dewey Ave 325 - 2 | | 0699 Manheim DIP 17-33851 | | 3,100.00 | 7,298.31 |
| **Total Rental Income** | | | | | | | | | | 7,298.31 | 7,298.31 |
| **TOTAL** | | | | | | | | | 0.00 | 7,713.31 | 7,713.31 |

# Sylvia Manheim Avraham Manheim
## Balance Sheet
### As of December 31, 2017

|  | Dec 31, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 0699 Manheim DIP 17-33851 | 21.55 |
| 1572 Manheim 17-33851 | 23.94 |
| 1655 Manheim DIP 17-33851 | -554.53 |
| 6050 Manheim | -29.62 |
| Cash Drawer | 137.50 |
| **Total Checking/Savings** | -401.16 |
| **Total Current Assets** | -401.16 |
| **TOTAL ASSETS** | **-401.16** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Distributions | -210.00 |
| Opening Balance Equity | -85.90 |
| Net Income | -105.26 |
| **Total Equity** | -401.16 |
| **TOTAL LIABILITIES & EQUITY** | **-401.16** |