# RENT ROLL

| PROPERTY ADDRESS: STREET: | CITY: | DECEMBER: | JANUARY: | FEBRUARY: | MARCH: |
|---|---|---|---|---|---|
| CLYDEBANK CT. 1174C | LAKEWOOD | SOLD IN SHERIFF SALE (WHILE STAY IN EFFECT) | SOLD IN SHERIFF SALE (WHILE STAY IN EFFECT) | SOLD IN SHERIFF SALE (WHILE STAY IN EFFECT) | SOLD IN SHERIFF SALE (WHILE STAY IN EFFECT) |
| COUNTY LINE RD. E. 1289 | LAKEWOOD | VACANT | $ 790* | $ 1650 | $ 1650 |
| DOWNING ST. 164 | LAKEWOOD | $ 1125 | SOLD IN SHERIFF SALE | SOLD IN SHERIFF SALE | SOLD IN SHERIFF SALE |
| DEWEY AVE. 325 | LAKEWOOD | $ 3100 | $ 3100 | $ 2870 | $ 3100 |
| EISENHOWER ST. 1413 | LAKEWOOD | $ 1000 | SOLD IN SHERIFF SALE | SOLD IN SHERIFF SALE | SOLD IN SHERIFF SALE |
| JOE PARKER RD. 340G | LAKEWOOD | $ 883 | $ 1083 | $ 960 | $ 1083 |
| PARIS COURT 1346 | LAKEWOOD | $ 1240 | $ 1240 | $ 1240 | $ 1240 |
| HOFFMAN AVE. 156 | TRENTON | X | X | X | X |
| RUTHERFORD AVE. 323 | TRENTON | X | X | X | X |

* $ 860 WAS DEDUCTED FOR REPAIRS.

## Sylvia Manheim Avraham Manheim
## Profit & Loss
### January 2018

|  | Jan 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Business Support | 1,650.00 |
| Daas Kedoshim | 600.00 |
| Rental Income | 6,213.00 |
| **Salary** | |
| Avraham Manheim | 1,550.00 |
| Sylvia Manheim | 6,080.00 |
| **Total Salary** | 7,630.00 |
| **Total Income** | 16,093.00 |
| **Gross Profit** | 16,093.00 |
| **Expense** | |
| Advertising and Promotion | 4.34 |
| Bank Service Charges | 528.50 |
| Cleaning & Maint | 210.00 |
| Dues and Subscriptions | 57.00 |
| Household Exp | 2,368.15 |
| Household Repairs | 580.00 |
| Insurance Expense | 139.86 |
| Medical | 3,103.74 |
| Mortgage | 2,670.56 |
| Office Supplies | 119.76 |
| Repairs and Maintenance | 120.00 |
| Shipping | 10.96 |
| Supplies | 290.58 |
| Transportation | 682.83 |
| Utilities | 574.80 |
| **Total Expense** | 11,461.08 |
| **Net Ordinary Income** | 4,631.92 |
| **Net Income** | **4,631.92** |

**Sylvia Manheim Avraham Manheim**
**Transaction Detail By Account**
January 2018

| | Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business Support** | | | | | | | | | | | | |
| | Deposit | 01/02/2018 | | | | Deposit | | | 1655 Manheim DIP 17-33851 | | 770.00 | 770.00 |
| | Deposit | 01/19/2018 | | | | Deposit | | | 1655 Manheim DIP 17-33851 | | 500.00 | 1,270.00 |
| | Deposit | 01/19/2018 | | | | Deposit | | | 1655 Manheim DIP 17-33851 | | 380.00 | 1,650.00 |
| Total Business Support | | | | | | | | | | 0.00 | 1,650.00 | 1,650.00 |
| **Daas Kedoshim** | | | | | | | | | | | | |
| | Deposit | 01/02/2018 | | | Daas Kedoshim | Deposit | | | 0699 Manheim DIP 17-33851 | | 500.00 | 500.00 |
| | Deposit | 01/02/2018 | | | Daas Kedoshim | Deposit | | | 0699 Manheim DIP 17-33851 | | 100.00 | 600.00 |
| Total Daas Kedoshim | | | | | | | | | | 0.00 | 600.00 | 600.00 |
| **Rental Income** | | | | | | | | | | | | |
| | Deposit | 01/05/2018 | | | | Deposit | Paris Ct 1346 | | 0699 Manheim DIP 17-33851 | | 840.00 | 840.00 |
| | Deposit | 01/08/2018 | | | Jesse M Roth, Realtor | Deposit | Joe Parker Rd 340G | | 0699 Manheim DIP 17-33851 | | 1,083.00 | 1,923.00 |
| | Deposit | 01/08/2018 | | | | Deposit | Paris Ct 1346 | | 0699 Manheim DIP 17-33851 | | 400.00 | 2,323.00 |
| | Deposit | 01/08/2018 | | | | Deposit | County Line Rd E 1289 | | 0699 Manheim DIP 17-33851 | | 790.00 | 3,113.00 |
| | Deposit | 01/30/2018 | | | | Deposit | Dewey Ave 325 - 1 | | 1655 Manheim DIP 17-33851 | | 3,100.00 | 6,213.00 |
| Total Rental Income | | | | | | | | | | 0.00 | 6,213.00 | 6,213.00 |
| **Salary** | | | | | | | | | | | | |
| **Avraham Manheim** | | | | | | | | | | | | |
| | Deposit | 01/02/2018 | | | Yaakov Friedman | Deposit | | | 0699 Manheim DIP 17-33851 | | 1,550.00 | 1,550.00 |
| Total Avraham Manheim | | | | | | | | | | 0.00 | 1,550.00 | 1,550.00 |
| **Sylvia Manheim** | | | | | | | | | | | | |
| | Deposit | 01/23/2018 | | | Clearview Equities | Deposit | | | 0699 Manheim DIP 17-33851 | | 3,040.00 | 3,040.00 |
| | Deposit | 01/31/2018 | | | Clearview Equities | Deposit | | | 0699 Manheim DIP 17-33851 | | 3,040.00 | 6,080.00 |
| Total Sylvia Manheim | | | | | | | | | | 0.00 | 6,080.00 | 6,080.00 |
| Total Salary | | | | | | | | | | 0.00 | 7,630.00 | 7,630.00 |
| **TOTAL** | | | | | | | | | | 0.00 | 16,093.00 | 16,093.00 |

# Sylvia Manheim Avraham Manheim
## Balance Sheet
### As of January 31, 2018

|  | Jan 31, 18 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       0699 Manheim DIP 17-33851 | 4,020.47 |
|       1572 Manheim 17-33851 | 190.01 |
|       1655 Manheim DIP 17-33851 | -132.88 |
|       6050 Manheim | 0.52 |
|       Cash Drawer | 172.64 |
|     **Total Checking/Savings** | 4,250.76 |
|   **Total Current Assets** | 4,250.76 |
| **TOTAL ASSETS** | **4,250.76** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     Distributions | -190.00 |
|     Opening Balance Equity | -85.90 |
|     Owners Equity | -105.26 |
|     Net Income | 4,631.92 |
|   **Total Equity** | 4,250.76 |
| **TOTAL LIABILITIES & EQUITY** | **4,250.76** |