Avraham and Sylvia Manheim

807 Forest Ave.

Lakewood, NJ 08701


04/16/2018

**FILED**
JEANNE A. NAUGHTON, CLERK

APR 1 6 2018

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY


To the Honorable Judge Kaplan,

Case 17-33851

We would like to inform your Honor that as of last Friday we have terminated our representation with Mr. Neumann, and he is no longer representing us. We respectfully ask for 60 days so we can obtain new council and have him review the case. There are also things that need to be completed, such as the plan etc., which we hope to complete as soon as possible and get things fully on track.

Thank you.


Yours Truly,


Avraham Manheim          Sylvia Manheim