**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com

In Re:

**AVRAHAM MANHEIM and
SYLVIA MANHEIM,**

Debtors.

Case No.: 17-33851

Chapter 11

Judge: Michael B. Kaplan

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Avraham Manheim and Sylvia Manheim will be substituted as attorneys of record, *pro se*, for Avraham Manheim and Sylvia Manheim, the Debtors in this case.

Broege, Neumann, Fischer & Shaver, LLC

Dated: 4/20/2018

By: /s/ Timothy P. Neumann
Signature of Former Attorney

Dated: 04/20/2018

Signature of Substituted Attorney

Dated: 04/20/2018

Signature of Substituted Attorney