**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

TIMOTHY P. NEUMANN, ESQ. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com

*Attorneys for Avraham Manheim and Sylvia Manheim, Debtors and Debtors-in-possession*

Order Filed on June 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

AVRAHAM MANHEIM AND
SYLVIA MANHEIM,

              Debtors.

Chapter 11

Case No.: 17-33851
Judge: Michael B. Kaplan

Hearing Date: 6/4/2018

**ORDER RELIEVING BROEGE, NEUMANN, FISCHER & SHAVER, LLC AS ATTORNEYS FOR AVRAHAM MANHEIM AND SYLVIA MANHEIM AND SUBSTITUTING AVRAHAM MANHEIM AND SYLVIA MANHEIM**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors:  **Avraham Manheim and Sylvia Manheim**
Case No. **17-33851/MBK**
Caption:   **Order Relieving Broege, Neumann, Fischer & Shaver, LLC, As Attorneys for Avraham Manheim and Sylvia Manheim; and Substituting Avraham Manheim and Sylvia Manheim as Attorneys Pro Se**

_____

This matter came to the attention of the Court upon the filing of a Motion by Broege, Neumann, Fischer & Shaver, LLC for entry of an Order to be Relieved as counsel For Debtors/Debtors-in-Possession, Avraham Manheim and Sylvia Manheim and Substituting Avraham Manheim and Sylvia Manheim as attorney pro se. The Court read and reviewed all of the papers filed in support of the motion, and, For good cause shown,

ORDERED AS FOLLOWS:

1. Broege, Neumann, Fischer & Shaver, LLC is hereby authorized to be relieved as counsel for the Debtors/Debtors-in-Possession, Avraham Manheim and Sylvia Manheim; and

2. Substituting Avraham Manheim and Sylvia Manheim as attorneys Pro Se.

3. A copy of this Order shall be served upon the Debtors by regular United States Mail within __7__ days from the date it is received by Broege, Neumann, Fischer & Shaver, LLC.

[Type here]