UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TIMOTHY P. NEUMANN, ESQ. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com

*Attorneys for Avraham Manheim and Sylvia Manheim, Debtors and Debtors-in-possession*

Order Filed on June 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

AVRAHAM MANHEIM AND
SYLVIA MANHEIM,

      Debtors.

Chapter 11

Case No.:  17-33851
Judge:  Michael B. Kaplan

Hearing Date:  6/4/2018

**ORDER RELIEVING BROEGE, NEUMANN, FISCHER & SHAVER, LLC AS ATTORNEYS FOR AVRAHAM MANHEIM AND SYLVIA MANHEIM AND SUBSTITUTING AVRAHAM MANHEIM AND SYLVIA MANHEIM**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 7, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors: **Avraham Manheim and Sylvia Manheim**
Case No. **17-33851/MBK**
Caption:  **Order Relieving Broege, Neumann, Fischer & Shaver, LLC, As Attorneys for Avraham Manheim and Sylvia Manheim; and Substituting Avraham Manheim and Sylvia Manheim as Attorneys Pro Se**

_____

This matter came to the attention of the Court upon the filing of a Motion by Broege, Neumann, Fischer & Shaver, LLC for entry of an Order to be Relieved as counsel For Debtors/Debtors-in-Possession, Avraham Manheim and Sylvia Manheim and Substituting Avraham Manheim and Sylvia Manheim as attorney pro se. The Court read and reviewed all of the papers filed in support of the motion, and, For good cause shown,

ORDERED AS FOLLOWS:

1. Broege, Neumann, Fischer & Shaver, LLC is hereby authorized to be relieved as counsel for the Debtors/Debtors-in-Possession, Avraham Manheim and Sylvia Manheim; and

2. Substituting Avraham Manheim and Sylvia Manheim as attorneys Pro Se.

3. A copy of this Order shall be served upon the Debtors by regular United States Mail within __7__ days from the date it is received by Broege, Neumann, Fischer & Shaver, LLC.

[Type here]

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-33851-MBK
Avraham D. Manheim                                                        Chapter 11
Sylvia Manheim
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db/jdb         Avraham D. Manheim,    Sylvia Manheim,    807 Forest Ave,    Lakewood, NJ   08701-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              Adam S. Kessler    on behalf of Creditor    Land Line Equities LLC akessler@kesslerlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    Deutsche Bank National Trust Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank
               National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through
               Certificates, Series 2006-1 Charlesj@w-legal.com,    BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR
               Alternative Loan Trust 2006-1, Mortgage Pass-Through Certif Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC (SLS), as servicer
               for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed
               Trust, Series INABS 2005-A, Home Equity Mortgage Loan Charlesj@w-legal.com,    BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Keith A. Bonchi    on behalf of Creditor    City of Trenton keith@gmslaw.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Park Place 2 Condominium Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Leisure Village East Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt    on behalf of Creditor    WILMINGTON TRUST, COMPANY AS TRUSTEE
               bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America dnj@pbslaw.org

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Jun 08, 2018
                              Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sherri J. Braunstein    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
           AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A., AS
           TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORT nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          Stuart J. Lieberman    on behalf of Creditor    Coventry Square Condominium Association
           dkn@liebermanblecher.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
           successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
           America, N.A., as Trustee, successor by merger to LaSalle Ba ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                     TOTAL: 25