Label Matrix for local noticing
0312-3
Case 17-33851-MBK
District of New Jersey
Trenton
Mon Jul 30 12:31:16 EDT 2018

Specialized Loan Servicing LLC as servicer
8742 S. Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

Citibank, N.A., as successor Trustee to U.S.
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

City of Trenton
Attn: Edward Kirkendoll
319 East State St., Room 108
Trenton, NJ 08608-1809

Deutsche Bank National Trust
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

Dist Dir of IRS
Insolvency Function
PO Box 724
Springfield, NJ 07081-0724

Land Line Equities LLC
c/o Kessler Law
354 Eisenhower Parkway
Plaza I, Suite 2250
Livingston, NJ 07039-1022

Leisure Village East Association, Inc.
c/o McGovern Legal Services, LLC
850 Carolier Lane
North Brunswick, NJ 08902-3312

NATIONSTAR MORTGAGE LLC
Robertson Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton,, FL 33487-2853

PNC Bank, National Association
c/o Jordan S. Blask, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

Park Place 2 Condominium Association, Inc.
c/o McGovern Legal Services, LLC
850 Carolier Lane
North Brunswick, NJ 08902-3312

Seterus, Inc., as authorized sub-servicer fo
Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway
Suite 302
Roseland, NJ 07068-1640

Specialized Loan Servicing LLC (SLS), as ser
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

THE BANK OF NEW YORK MELLON TRUST COMPANY, N
c/o WELLS FARGO BANK, N.A.
Default Document Processing
N9286-01Y / 1000 Blue Gentian Road
Eagan, MN 55121-7700

U.S. Attorney
970 Broad St.
Room 502
Rodino Federal Bldg.
Newark, NJ 07102-2534

U.S. BANK NATIONAL ASSOCIATION
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

United States Trustee
Office of the United States Trustee
1085 Raymond Blvd.
One Newark Center
Suite 2100
Newark, NJ 07102-5235

WILMINGTON TRUST, COMPANY AS TRUSTEE
Robertson, Anschutz & Schneid, P. L.
6409 Congress Avenue, suite 100
Boca Raton, FL 33487-2853

Yoav Beigeliesen
Gershon Beigeliesen & Co
111 Madison Avenue
Lskewood, NJ 08701-3314

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608-1507

8th Street Condo Assn
421 8th St Apt 2
Lakewood, NJ  08701-2603

Accu Medial Lab
1901 E Linden Ave
Linden, NJ  07036-1114

Advances Dentistry
IC Systems
PO Box 64378
Saint Paul, MN  55164-0378

America Servicing Company
PO Box 10335
Des Moines, IA  50306-0335

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Argon Collection Agency
8668 Spring Mountain Rd
Las Vegas, NV  89117-4132

Assoc Credit Services
115 Flanders Rd Ste 140
Westborough, MA  01581-1087

Atlantic Pediatric Orthropedic
1131 Broad St Ste 202
Shrewsbury, NJ  07702-4368

Bank of New York Mellon
ASC
3476 Stateview Blvd
Fort Mill, SC  29715-7203

Bannk of New York Mellon
ASC
3476 Stateview Blvd
Fort Mill, SC  29715-7203

Barnabas Health
PO Box 9800
Coral Springs, FL  33075-0800

CREDITONE LLC
P.O. BOX 625
METAIRIE, LA  70004-0625

Capital One
Bankruptcy Claims Servicer
PO Box 30285
Salt Lake City, UT  84130-0285

Cb of the Hudson Valle
155 N Plank Rd
Newburgh, NY 12550-1748

Center For Health
1771 Madison Ave
Lakewood, NJ  08701-1251

Chase Receivables
1247 Broadway
Sonoma, CA  95476-7503

Chase Receivables
PO Box 159
Hawthorne, NY  10532-0159

Chemed
1771 Madison Ave
Lakewood, NJ  08701-1251

City of Trenton
Attn: Edward Kirkendoll, Tax Collector
City Hall, 319 East State St., Room 110
Trenton, NJ 08608-1809

Clearview Equities
1 N Apple St
Lakewood, NJ  08701-1408

Corner of Second Supermarket
132 2nd St
Lakewood, NJ  08701-3323

Coventry Square Condo Assn
445 E Kennedy Blvd
Lakewood, NJ 08701-1496

Coventry Square Condo Assn
445 E Kennedy Blvd Apt Blvd
Lakewood, NJ 08701-1496

Credit One Bank
PO Box 60500
City of Industry, CA  91716-0500

Debt Recovery Solution
900 Merchants Concourse
Westbury, NY  11590-5142

Dept of Labor & Workforce Devel
PO Box 399
Trenton, NJ  08625-0399

Deutsche Bank National Trust Co. Trustee (Se
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

Deutsche Bank National Truste Co
8742 Lucent Blvd Ste 300
Highlands Ranch, CO  80129-2386

Dr. Tramontano
101 Prospect St Ste 200A
Lakewood, NJ 08701-5003

Fein Such Kahn & Shepard
Attorneys for Vanc LLC
7 Century Dr Ste 201
Parsippany, NJ  07054-4609

First Energy
1930 Olney Ave
Cherry Hill, NJ  08003-2016

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

JCP&L
PO Box 3687
Akron, OH  44309-3687

Jersey Shore Medical Ctr
Dept 319
PO Box 4115
Concord, CA  94524-4115

Jersey Shore Medical Ctr
PO Box 417140
Boston, MA  02241-7140

Kimball Medical Center n/k/a Monmouth
PO Box 29965
New York, NY  10087-9965

Kimball Medical Ctr
PO Box 417442
Boston, MA  02241-7442

LVNV Funding LLC, C/O Resurgent Capital Serv
P.O. Box 10675
Greenville, SC 29603-0675

Lab Corp
PO Box 2240
Burlington, NC  27216-2240

LabCorp
PO Box 2240
Burlington, NC  27216-2240

Lakewood MUA
390 New Hampshire Ave
Lakewood, NJ  08701-4546

Leisure Village East Assn, Inc.
1 Dumbarton Dr
Lakewood, NJ  08701-6666

Lieberman & Blecher PC
10 Jefferson Plz Ste 400
Princeton, NJ  08540-9502


McGovern Legal Services LLC
PO Box 1111
New Brunswick, NJ  08903-1111

Meridan Erg Group
PO Box 416787
Boston, MA  02241-6787

Monmouth Medical Ctr
PO Box 29965
New York, NY  10087-9965


Monmouth Medical Imaging
PO Box 412
Milwaukee, WI  53201-0412

Mt. Sinai Doctors
PO Box 95000-2453
Philadelphia, PA 19195-0001

N J Attorney General
Richard J. Hughes Justice Complex
25 Market St
Trenton, NJ  08611-2148


N J Natural Gas
1415 Wyckoff Rd
Wall, NJ  07719

NJ American Water Co
PO Box 371331 Box 371331
Pittsburgh, PA  15250-7331

NJ Attorney General
Division of Law Richard J Hughes Justice
25 Market St
Trenton, NJ  08611-2148


NJ Natural Gas
1415 Wyckoff Rd
PO Box 1464
Wall, NJ 07719-1464

NYU Hospital Center
PO Box 415234
Boston, MA  02241-5234

Nationstar Mortgage
8590 Cypress Waters Blvd
Dallas, TX  75019


Nationstar Mortgage
8590 Cyrpress Waters Blvd
Dallas, TX  75019

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9096

Nationstar Mortgage d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9096


Navesink Radiology
PO Box 9337
Peoria, IL  61612-9337

New Century Financial Services
110 S Jefferson Rd Ste 104
Whippany, NJ  07981-1038

New Jersey Natural Gas
1415 Wykoff Rd
P.O. Box 1378
Wall, NJ 07719-1378


Ocean Medical Center
Dept 688
PO Box 4115
Concord, CA  94524-4115

Ocean Medical Center
PO Box 650292
Dallas, TX  75265-0292

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL  32826-2703


Ocwen Loan Servicing, LLC
ATTN: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605

Ocwen Loan Servicing, LLC
Attn: Customer Care
PO Box 24738
West Palm Beach, FL  33416-4738

Optimum
6 Corporate Center Dr
Melville, NY  11747-3845


Oxygen Recovery Group
1 Hillcrest Center Dr
Spring Valley, NY 10977-3745

PNC Bank
Centralized Customer Assistance
PO Box 1366
Pittsburgh, PA  15230-1366

PNC Bank, National Association
2 Tower Center Blvd
East Brunswick, NJ 08816-1199

PSE&G
Attn: Bankruptcy
PO Box 490
Cranford NJ 07016-0490

PSE&G
PO Box 14444
New Brunswick, NJ  08906-4444

Palisades Collectio
210 Sylvan Ave
Englewood, NJ  07632-2524

Palisades Collection
PO Box 1244
Englewood Cliffs, NJ  07632-0244

Palisades Collections, LLC
VATIV RECOVERY SOLUTIONS LLC, dba SMC
As agent for Palisades Collections, LLC
P.O. Box 40728
Houston, TX 77240-0728

Park Place 2
MSK Professional Mgnt LLC
PO Box 355
Adelphia, NJ  07710-0355

Pay Pal Credit Services - Synchrony
Bankruptcy Department
PO Box 965060
Orlando, FL  32896-5060

Pediatric Affiliates
ICS System
PO Box 64437
Saint Paul, MN  55164-0437

Phelan Hallinan Diamond & Jones PC
400 Fellowship Rd Ste 100
Mount Laurel, NJ  08054-3437

Porfiria Tovar
117 Woehr Ave Apt 2L
Lakewood, NJ  08701-3487

Powers Kirn, LLC
Attys for Wells Fargo
728 Marne Hwy Ste 200
Moorestown, NJ  08057-3128

Pressler and Pressler
7 Entin Rd
Parsippany, NJ  07054-5020

Pressler and Pressler
Attys For New Century Financial
7 Entin Rd
Parsippany, NJ  07054-5020

Pressler and Pressler
Attys For Palisades Collection
7 Entin Rd
Parsippany, NJ  07054-5020

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
CP Medical LLC
PO Box 788
Kirkland, WA  98083-0788

RWJ Physician Enterprises PA
PO Box 826405
Philadelphia, PA  19182-6405

Riverview  Medical Center
Trans Continental Credit Col\
PO Box 5055
White Plains, NY  10602-5055

Santander Bank
Bankruptcy Dept
601 Penn St
Reading, PA 19601-3563

(p)SENEX SERVICES CORP
3333 FOUNDERS ROAD
2ND FLOOR
INDIANAPOLIS IN 46268-4933

Seterus
PO Box 1077
Hartford, CT  06143-1077

Shore Imaging
1166 River Ave Ste 102
Lakewood, NJ  08701-5600

Sidney P Rossi, Esq.
100 Craig Rd Ste 102
Manalapan, NJ  07726-8731

Spec Loan Sv
8742 Lucent Blvd
Highlands Ranch, CO  80129-2302

(p)STATE OF NEW JERSEY
DIVISION OF TAXATION BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08646-0245

State of New Jersey Workers Compensation
c/o Pressler and Pressler, LLP.
7 Entin Road
Parsippany NJ 07054-5020

State of New jersey
Div of Taxation Bk Se P O
PO Box 245 Box 245
Trenton, NJ  08602-0245

Sunrise Credit Services
for Optimum #24214297
PO Box 9100
Farmingdale, NY  11735-9100

TD Bank, N.A.
PO Box 129
Thorofare, NJ  08086-0129

Tax Collector
City Hall
319 E State St
Trenton, NJ 08608-1865

Tax Collector
Township of Lakewood
231 3rd St
Lakewood, NJ  08701-3220

Tidal Emergency Physicians
PO Box 41433
Philadelphia, PA  19101-1433

Township of Lakewood Water & Sewer
231 3rd St
Lakewood, NJ  08701-3220

Trans Collection Credt
PO Box 5055
White Plains, NY  10602-5055

Travel Cell
1981 Coney Island Ave
Brooklyn, NY  11223-2328

Trenton Water Works
319 East State St
Rm 113
Trenton, NJ 08608-1809

U S Attorney General
970 Broad St
Newark, NJ  07102-2534

U.S. Bank National Association Trustee (See
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

U.S. Bank National Association, as Trustee
C/O Nationstar Mortgage LLC d/b/a Mr. Co
Bankruptcy Department, PO Box 619094
Dallas, Texas 75261-9741

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235

VERIZON
900 Merchants Concourse
Westbury, NY  11590-5142

Vanz, LLC
c/o Fein Such Kahn & Shepard, PC
7 Century Dr., Suite 201
Parsippany, NJ 07054-4609

Verizon Wireless
Bankruptcy Department
500 Technology Dr Ste 550
Weldon Spring, MO  63304-2225

Wells Fargo Home Mortgage
Customer Service
PO Box 10335
Des Moines, IA  50306-0335

Weltman Weinberg Reis
323 W Lakeside Ave Ste 200
Cleveland, OH  44113-1009

Womens Place
34 Sycamore Ave Ste 2A
Little Silver, NJ  07739-1248

Avraham D. Manheim
807 Forest Ave
Lakewood, NJ 08701-2627

Sylvia Manheim
807 Forest Ave
Lakewood, NJ 08701-2627

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Senex Services Corp
333 Founds Rd
Indianapolis, IN  46268

State of New Jersey
Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Coventry Square Condominium Association

(u)NATIONSTAR MORTGAGE LLC

(u)U.S. Bank National Association, as Trustee

(u)Wells Fargo Bank, N.A.

(d)Land Title Equities LLC
c/o Kessler Law
354 Eisenhower Parkway
Plaza I, Suite 2250
Livingston, NJ 07039-1022

(d)Park Place 2 Condominium Association, Inc.
c/o McGovern Legal Services, LLC
850 Carolier Lane
North Brunswick, NJ 08902-3312

End of Label Matrix
Mailable recipients   137
Bypassed recipients     6
Total                 143