UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Jeanfreau Esq.
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York, NY 10004
(212) 268-5540
charlesj@w-legal.com
Attorney for Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-A

**Order Filed on August 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

AVRAHAM D. MANHEIM
and SYLVIA MANHEIM,

                Debtors.

Case No.: 17-33851-MBK

Chapter 11

Hearing Date: August 20, 2018 at 10:00 A.M.

Judge Michael B Kaplan

ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (s) pages is **ORDERED**.

**DATED: August 21, 2018**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

47577204
880C BALMORAL CT

Upon the motion of Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-A under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

Real Property more fully described as:

880 C BALMORAL COURT, LAKEWOOD, NJ 08701

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, 2018.

_____
United States Bankruptcy Judge