UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:     Avraham D. Manheim and Sylvia Manheim

Debtor(s),

Case No.: 17-33851
Adv. No.: _____
Judge: Michael B. Kaplan
Chapter: 11

# NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Convert Case to Chapter 13 filed by debtor's.

**Location of Hearing:** Courtroom No. 8
US Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Date and Time:** September 17, 2018 at 10:00 a.m.

**COURT APPEARANCES:** __✓__ ARE REQUIRED     ____ ARE NOT REQUIRED

DATED: August 21, 2018        JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 21, 2018 the foregoing notice was served on the following: Debtor's and US Trustee.

JEANNE A. NAUGHTON, Clerk