UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
   Avraham D. Manheim and Sylvia Manheim

Debtor (s),

Case No.: 17-33851  
Adv. No.: _____  
Judge: Michael B. Kaplan  
Chapter: 11

## NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable  Michael B. Kaplan , United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Convert Case to Chapter 13 filed by debtor's.

**Location of Hearing:** Courtroom No. 8  
US Bankruptcy Court  
402 East State Street  
Trenton, NJ  08608

**Date and Time:** September 17, 2018 at 10:00 a.m.,

**COURT APPEARANCES:**  ✓  ARE REQUIRED     ____ ARE NOT REQUIRED

DATED:   August 21, 2018            JEANNE A. NAUGHTON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  August 21, 2018  the foregoing notice was served on the following:   Debtor's and US Trustee.

JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Avraham D. Manheim  
Sylvia Manheim  
    Debtors

Case No. 17-33851-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Aug 21, 2018  
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.  
db/jdb      Avraham D. Manheim,    Sylvia Manheim,    807 Forest Ave,    Lakewood, NJ   08701-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:

     Adam S. Kessler    on behalf of Creditor    Land Line Equities LLC akessler@kesslerlaw.com  
     Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com, njbankruptcynotifications@logs.com  
     Charles H. Jeanfreau    on behalf of Creditor    Deutsche Bank National Trust Charlesj@w-legal.com, BNCmail@w-legal.com  
     Charles H. Jeanfreau    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through Certificates, Series 2006-1 Charlesj@w-legal.com, BNCmail@w-legal.com  
     Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass-Through Certif Charlesj@w-legal.com, BNCmail@w-legal.com  
     Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC (SLS), as servicer for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Charlesj@w-legal.com, BNCmail@w-legal.com  
     Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com  
     Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
     Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com  
     Keith A. Bonchi    on behalf of Creditor    City of Trenton keith@gmslaw.com  
     Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
     Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
     Marlena S. Diaz-Cobo    on behalf of Creditor    Park Place 2 Condominium Association, Inc. collections@theassociationlawyers.com  
     Marlena S. Diaz-Cobo    on behalf of Creditor    Leisure Village East Association, Inc. collections@theassociationlawyers.com  
     Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
     Miriam Rosenblatt    on behalf of Creditor    WILMINGTON TRUST, COMPANY AS TRUSTEE bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
     Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com  
     Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2018
                               Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Sherri Jennifer Smith   on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A., AS TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORT nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

          Stuart J. Lieberman   on behalf of Creditor   Coventry Square Condominium Association dkn@liebermanblecher.com

          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

          William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com

          William M.E. Powers, III   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Ba ecf@powerskirn.com

          William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com

          TOTAL: 25