UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles Jeanfreau Esq.
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York, NY 10004
(212) 268-5540
charlesj@w-legal.com
Attorney for Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-A

Order Filed on August 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

AVRAHAM D. MANHEIM
and SYLVIA MANHEIM,

　　　　　　　Debtors.

Case No.: 17-33851-MBK

Chapter 11

Hearing Date: August 20, 2018 at 10:00 A.M.

Judge Michael B Kaplan

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (s) pages is **ORDERED**.

**DATED: August 21, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

47577204
880C BALMORAL CT

Upon the motion of Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-A under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

Real Property more fully described as:

880 C BALMORAL COURT, LAKEWOOD, NJ 08701

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, 2018.

_____
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-33851-MBK
Avraham D. Manheim                                                      Chapter 11
Sylvia Manheim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2           Date Rcvd: Aug 21, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db/jdb         Avraham D. Manheim,    Sylvia Manheim,    807 Forest Ave,    Lakewood, NJ    08701-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              Adam S. Kessler    on behalf of Creditor    Land Line Equities LLC akessler@kesslerlaw.com
              Charles G. Wohlrab    on behalf of Creditor     U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    Deutsche Bank National Trust Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank
               National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through
               Certificates, Series 2006-1 Charlesj@w-legal.com,    BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor     Specialized Loan Servicing LLC as servicer for
               Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR
               Alternative Loan Trust 2006-1, Mortgage Pass-Through Certif Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor     Specialized Loan Servicing LLC (SLS), as servicer
               for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed
               Trust, Series INABS 2005-A, Home Equity Mortgage Loan Charlesj@w-legal.com,    BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor     Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Keith A. Bonchi    on behalf of Creditor    City of Trenton keith@gmslaw.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Park Place 2 Condominium Association, Inc.
               collections@theassociationlawyers.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Leisure Village East Association, Inc.
               collections@theassociationlawyers.com
              Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt    on behalf of Creditor    WILMINGTON TRUST, COMPANY AS TRUSTEE
               bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America dnj@pbslaw.org

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2018
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
          AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A., AS
          TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORT nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
          Stuart J. Lieberman    on behalf of Creditor    Coventry Square Condominium Association
          dkn@liebermanblecher.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
          successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
          America, N.A., as Trustee, successor by merger to LaSalle Ba ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                          TOTAL: 25