UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avraham Manheim and Sylvia Manheim
807 Forest Ave.
Lakewood, NJ 08701

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2018 SEP 10 P 12: 34

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

In Re:

Avraham Manheim and Sylvia Manheim, Debtors

Case No.: 17-33851
Chapter: 11
Hearing Date: Sept. 17, 2018
Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, Sylvia Manheim,

   ☐ am the attorney for: _____,

   ☒ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Convert Case to Chapter 13

   Current hearing date and time: September 17, 2018 10am

   New date requested: Any time after October 4, 2018

   Reason for adjournment request: Being out of town, due to Jewish High Holidays on Religious Duty

2. Consent to adjournment:

   ☐ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 09/07/2018

Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted     New hearing date: **October 15, 2018 at 10:00am** ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____ ☐ Peremptory

☐ Denied

*new.8/1/15*