UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Jeanfreau Esq.
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York, NY 10004
(212) 268-5540

charlesj@w-legal.com

Attorney for Specialized Loan Servicing LLC, as servicer  Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1

Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

AVRAHAM D. MANHEIM
and SYLVIA MANHEIM,
                Debtors.

Case No.: 17-33851-MBK

Chapter 11

Hearing Date:

Judge Michael B Kaplan

# ORDER

The relief set forth on the following pages, numbered two (2) through two (s) pages is **ORDERED**.

**DATED: September 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

47573359
1289 E County Line Rd.

Upon the motion of Specialized Loan Servicing LLC, as servicer for Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

Real Property more fully described as:

**1289 EAST COUNTY LINE ROAD, LAKEWOOD, NJ 08701**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, 2018.

_____
United States Bankruptcy Judge

47573359
1289 E County Line Rd.