UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Jeanfreau Esq.
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York, NY 10004
(212) 268-5540
charlesj@w-legal.com
Attorney for Specialized Loan Servicing LLC, as servicer  Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1

**Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

AVRAHAM D. MANHEIM
and SYLVIA MANHEIM,
                    Debtors.

Case No.: 17-33851-MBK

Chapter 11

Hearing Date:

Judge Michael B Kaplan

**ORDER**

The relief set forth on the following pages, numbered two (2) through two (s) pages is **ORDERED**.

**DATED: September 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

47573359
1289 E County Line Rd.

Upon the motion of Specialized Loan Servicing LLC, as servicer for Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

Real Property more fully described as:

**1289 EAST COUNTY LINE ROAD, LAKEWOOD, NJ 08701**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, 2018.

_____
United States Bankruptcy Judge

2

United States Bankruptcy Court
District of New Jersey

In re:  
Avraham D. Manheim  
Sylvia Manheim  
    Debtors

Case No. 17-33851-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Sep 18, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.  
db/jdb         Avraham D. Manheim,    Sylvia Manheim,   807 Forest Ave,    Lakewood, NJ   08701-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:

         Adam S. Kessler     on behalf of Creditor    Land Line Equities LLC akessler@kesslerlaw.com  
         Charles G. Wohlrab     on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Charles H. Jeanfreau     on behalf of Creditor    Deutsche Bank National Trust Charlesj@w-legal.com, BNCmail@w-legal.com  
         Charles H. Jeanfreau     on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through Certificates, Series 2006-1 Charlesj@w-legal.com, BNCmail@w-legal.com  
         Charles H. Jeanfreau     on behalf of Creditor    Specialized Loan Servicing LLC as servicer for Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass-Through Certif Charlesj@w-legal.com, BNCmail@w-legal.com  
         Charles H. Jeanfreau     on behalf of Creditor    Specialized Loan Servicing LLC (SLS), as servicer for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Charlesj@w-legal.com, BNCmail@w-legal.com  
         Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg     on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com  
         Jeffrey M. Sponder     on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
         Jordan Seth Blask     on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com  
         Keith A. Bonchi     on behalf of Creditor    City of Trenton keith@gmslaw.com  
         Laura M. Egerman     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Laura M. Egerman     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Laura M. Egerman     on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ2 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marlena S. Diaz-Cobo     on behalf of Creditor    Park Place 2 Condominium Association, Inc. collections@theassociationlawyers.com  
         Marlena S. Diaz-Cobo     on behalf of Creditor    Leisure Village East Association, Inc. collections@theassociationlawyers.com  
         Miriam Rosenblatt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
         Miriam Rosenblatt     on behalf of Creditor    WILMINGTON TRUST, COMPANY AS TRUSTEE bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
         Rebecca Ann Solarz     on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 18, 2018
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Robert P. Saltzman    on behalf of Creditor   Seterus, Inc., as authorized sub-servicer for
           Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
           the laws of the United States of America dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
           AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A., AS
           TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORT nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          Stuart J. Lieberman    on behalf of Creditor   Coventry Square Condominium Association
           dkn@liebermanblecher.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
           successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
           America, N.A., as Trustee, successor by merger to LaSalle Ba ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 26
```