UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, PL**
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6700 (main)
Telephone: 973-575-0707 (local)

Laura Egerman, Esq. (LE-8250)

In Re:

**AVRAHAM D. MANHEIM and
SYLVIA MANHEIM,**

    Debtors.

Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-33851-MBK

Chapter: 11

Hearing Date: October 1, 2018

Judge: Michael B. Kaplan

## ORDER DIRECTING DEBTORS TO PERMIT ACCESS TO REAL PROPERTY FOR PURPOSE OF REAL ESTATE APPRAISALS

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: October 4, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**
Debtors:     **Avraham D. Manheim and Sylvia Manheim**
Case No.:    **17-33851-MBK**
Caption of Order:   **Order Compelling Appraisals**

_____

Upon the motion of WILMINGTON TRUST COMPANY NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR MASTR ALTERNATIVE LOAN TRUST 2005-4, ("Secured Creditor") pursuant to 11 U.S.C. §105 to compel Debtors **AVRAHAM D. MANHEIM** and **SYLVIA MANHEIM** to provide Secured Creditor, its agents and contractors, access to the properties commonly known as **1346 PARIS COURT, LAKEWOOD, NEW JERSEY; 325 DEWEY AVENUE, LAKEWOOD, NEW JERSEY; and 1174-C CLYDEBANK COURT, LAKEWOOD, NEW JERSEY** (collectively the "Properties") for the purpose of conducting appraisals, and the Court having considered the papers submitted, and the Court having concluded that the Properties are property of the Debtors' Bankruptcy estate; and it appearing that the relief requested is in the best interests of the Bankruptcy Estate, its creditors, and other parties-in-interest; and after due deliberation thereon and for cause shown,

**IT IS ORDERED THAT**:

1.    Debtors AVRAHAM D. MANHEIM and SYLVIA MANHEIM must provide the Secured Creditor, its agents and contractors, access to the Properties within fifteen (15) days of the entry of this order, and for as long as is necessary for the purpose of completing appraisals of each of the Properties.  The appraisal shall be scheduled and shall occur between 9:00 a.m. and 5:00 p.m. on a weekday.

2.    Confirmation of the date and time of the inspections by the appraiser shall be transmitted by electronic mail to the Debtors AVRAHAM D. MANHEIM and SYLVIA MANHEIM no less than 24 hours prior to the date and time the appraiser desires to conduct the inspection.

3.    Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.