UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz & Schneid, PL**
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone:  561-241-6700 (main)
Telephone:  973-575-0707 (local)

Laura Egerman, Esq. (LE-8250)

Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**AVRAHAM D. MANHEIM and
SYLVIA MANHEIM,**

    Debtors.

Case No.:     17-33851-MBK

Chapter:     11

Hearing Date:  October 1, 2018

Judge:     Michael B. Kaplan

## ORDER DIRECTING DEBTORS TO PERMIT ACCESS TO REAL PROPERTY FOR PURPOSE OF REAL ESTATE APPRAISALS

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: October 4, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**

Debtors:     **Avraham D. Manheim and Sylvia Manheim**
Case No.:    **17-33851-MBK**
Caption of Order:   **Order Compelling Appraisals**
_____

Upon the motion of WILMINGTON TRUST COMPANY NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR TRUSTEE TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR MASTR ALTERNATIVE LOAN TRUST 2005-4, ("Secured Creditor") pursuant to 11 U.S.C. §105 to compel Debtors **AVRAHAM D. MANHEIM** and **SYLVIA MANHEIM** to provide Secured Creditor, its agents and contractors, access to the properties commonly known as **1346 PARIS COURT, LAKEWOOD, NEW JERSEY; 325 DEWEY AVENUE, LAKEWOOD, NEW JERSEY; and 1174-C CLYDEBANK COURT, LAKEWOOD, NEW JERSEY** (collectively the "Properties") for the purpose of conducting appraisals, and the Court having considered the papers submitted, and the Court having concluded that the Properties are property of the Debtors' Bankruptcy estate; and it appearing that the relief requested is in the best interests of the Bankruptcy Estate, its creditors, and other parties-in-interest; and after due deliberation thereon and for cause shown,

**IT IS ORDERED THAT**:

1.  Debtors AVRAHAM D. MANHEIM and SYLVIA MANHEIM must provide the Secured Creditor, its agents and contractors, access to the Properties within fifteen (15) days of the entry of this order, and for as long as is necessary for the purpose of completing appraisals of each of the Properties. The appraisal shall be scheduled and shall occur between 9:00 a.m. and 5:00 p.m. on a weekday.

2.  Confirmation of the date and time of the inspections by the appraiser shall be transmitted by electronic mail to the Debtors AVRAHAM D. MANHEIM and SYLVIA MANHEIM no less than 24 hours prior to the date and time the appraiser desires to conduct the inspection.

3.  Secured Creditor shall serve this Order on the Debtors, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Avraham D. Manheim  
Sylvia Manheim  
    Debtors

Case No. 17-33851-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Oct 04, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db/jdb         Avraham D. Manheim,   Sylvia Manheim,   807 Forest Ave,   Lakewood, NJ   08701-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:

       Adam S. Kessler    on behalf of Creditor    Land Line Equities LLC akessler@kesslerlaw.com  
       Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com, njbankruptcynotifications@logs.com  
       Charles H. Jeanfreau    on behalf of Creditor    Deutsche Bank National Trust Charlesj@w-legal.com, BNCmail@w-legal.com  
       Charles H. Jeanfreau    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through Certificates, Series 2006-1 Charlesj@w-legal.com, BNCmail@w-legal.com  
       Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass-Through Certif Charlesj@w-legal.com, BNCmail@w-legal.com  
       Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC (SLS), as servicer for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan Charlesj@w-legal.com, BNCmail@w-legal.com  
       Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com  
       Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
       Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com  
       Keith A. Bonchi    on behalf of Creditor    City of Trenton keith@gmslaw.com  
       Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ2 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
       Marlena S. Diaz-Cobo    on behalf of Creditor    Park Place 2 Condominium Association, Inc. collections@theassociationlawyers.com  
       Marlena S. Diaz-Cobo    on behalf of Creditor    Leisure Village East Association, Inc. collections@theassociationlawyers.com  
       Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
       Miriam Rosenblatt    on behalf of Creditor    WILMINGTON TRUST, COMPANY AS TRUSTEE bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
       Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
               AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A., AS
               TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORT nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              Stuart J. Lieberman    on behalf of Creditor    Coventry Square Condominium Association
               dkn@liebermanblecher.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 26
```