UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on October 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Avraham D. Manheim and Sylvia Manheim

Case No.: 17-33851

Hearing Date: 10/15/2018

Judge: Michael B. Kaplan

Chapter: 11

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER DENYING MOTION

## TO CONVERT CASE TO CHAPTER 13

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____8/13_____, 20 _18_ by _Avraham D. Manheim, Sylvia Manheim_ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*