Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−33851−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Avraham D. Manheim
807 Forest Ave
Lakewood, NJ 08701−2627

Sylvia Manheim
807 Forest Ave
Lakewood, NJ 08701−2627

Social Security No.:
xxx−xx−4883

xxx−xx−6132

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on November 14, 2018.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 14, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-33851-MBK
Avraham D. Manheim                                                                  Chapter 11
Sylvia Manheim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Nov 14, 2018
                              Form ID: 148             Total Noticed: 128

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db/jdb         Avraham D. Manheim,    Sylvia Manheim,    807 Forest Ave,    Lakewood, NJ  08701-2627
cr            +Citibank, N.A., as successor Trustee to U.S.. Bank,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr            +City of Trenton,    Attn: Edward Kirkendoll,    319 East State St., Room 108,
                Trenton, NJ 08608-1809
cr            +Deutsche Bank National Trust,    Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, CO 80129-2386
cr            +Leisure Village East Association, Inc.,    c/o McGovern Legal Services, LLC,    850 Carolier Lane,
                North Brunswick, NJ 08902-3312
cr            +NATIONSTAR MORTGAGE LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                Boca Raton,, FL  33487,    UNITED STATES 33487-2853
cr            +PNC Bank, National Association,    c/o Jordan S. Blask, Esq.,    Tucker Arensberg, P.C.,
                1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr            +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr            +Specialized Loan Servicing LLC (SLS), as servicer,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, CO 80129-2386
cr            +Specialized Loan Servicing LLC as servicer for Ci,    8742 S. Lucent Blvd, Suite 300,
                Highlands Ranch, CO 80129-2386
cr             THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., A,    c/o WELLS FARGO BANK, N.A.,
                Default Document Processing,    N9286-01Y / 1000 Blue Gentian Road,    Eagan, MN 55121-7700
cr            +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr            +WILMINGTON TRUST, COMPANY AS TRUSTEE,    Robertson, Anschutz & Schneid, P. L.,
                6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
acc           +Yoav Beigeliesen,    Gershon Beigeliesen & Co,    111 Madison Avenue,    Lskewood, NJ 08701-3314
517321448      8th Street Condo Assn,    421 8th St Apt 2,    Lakewood, NJ 08701-2603
517321449      Accu Medial Lab,    1901 E Linden Ave,    Linden, NJ 07036-1114
517321450      Advances Dentistry,    IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
517196831      Assoc Credit Services,    115 Flanders Rd Ste 140,    Westborough, MA 01581-1087
517321454      Atlantic Pediatric Orthropedic,    1131 Broad St Ste 202,    Shrewsbury, NJ 07702-4368
517196832      Bannk of New York Mellon,    ASC,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
517321456      Barnabas Health,    PO Box 9800,    Coral Springs, FL 33075-0800
517413860      CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA 70004-0625
517321458      Center For Health,    1771 Madison Ave,    Lakewood, NJ 08701-1251
517321461      Chemed,    1771 Madison Ave,    Lakewood, NJ 08701-1251
517297492     +City of Trenton,    Attn: Edward Kirkendoll, Tax Collector,
                City Hall, 319 East State St., Room 110,    Trenton, NJ 08608-1809
517321462      Clearview Equities,    1 N Apple St,    Lakewood, NJ 08701-1408
517321463      Corner of Second Supermarket,    132 2nd St,    Lakewood, NJ 08701-3323
517196835     +Coventry Square Condo Assn,    445 E Kennedy Blvd,    Lakewood, NJ 08701-1496
517321464     +Coventry Square Condo Assn,    445 E Kennedy Blvd Apt Blvd,    Lakewood, NJ 08701-1496
517196836      Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
517196837      Dept of Labor & Workforce Devel,    PO Box 399,    Trenton, NJ 08625-0399
517219173     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517196838      Deutsche Bank National Truste Co,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517321469     +Dr. Tramontano,    101 Prospect St Ste 200A,    Lakewood, NJ 08701-5003
517321470      Fein Such Kahn & Shepard,    Attorneys for Vanc LLC,    7 Century Dr Ste 201,
                Parsippany, NJ 07054-4609
517321471      First Energy,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517321472      JCP&L,    PO Box 3687,    Akron, OH 44309-3687
517321473      Jersey Shore Medical Ctr,    Dept 319,    PO Box 4115,    Concord, CA 94524-4115
517321476      Kimball Medical Center n/k/a Monmouth,    PO Box 29965,    New York, NY 10087-9965
517321475      Kimball Medical Ctr,    PO Box 417442,    Boston, MA 02241-7442
517321477      Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
517321478      LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
517321479      Lakewood MUA,    390 New Hampshire Ave,    Lakewood, NJ 08701-4546
517284623     +Land Line Equities LLC,    c/o Kessler Law,    354 Eisenhower Parkway,    Plaza I, Suite 2250,
                Livingston, NJ 07039-1022
517196840      Leisure Village East Assn, Inc.,    1 Dumbarton Dr,    Lakewood, NJ 08701-6666
517196841      Lieberman & Blecher PC,    10 Jefferson Plz Ste 400,    Princeton, NJ 08540-9502
517196842      McGovern Legal Services LLC,    PO Box 1111,    New Brunswick, NJ 08903-1111
517321483      Meridan Erg Group,    PO Box 416787,    Boston, MA 02241-6787
517321486     +Mt. Sinai Doctors,    PO Box 95000-2453,    Philadelphia, PA 19195-0001
517196843      N J Attorney General,    Richard J. Hughes Justice Complex,    25 Market St,
                Trenton, NJ 08611-2148
517321487      N J Natural Gas,    1415 Wyckoff Rd,    Wall, NJ 07719
517321490      NJ American Water Co,    PO Box 371331 Box 371331,    Pittsburgh, PA 15250-7331
517196846      NJ Attorney General,    Division of Law Richard J Hughes Justice,    25 Market St,
                Trenton, NJ 08611-2148
517321492     +NJ Natural Gas,    1415 Wyckoff Rd,    PO Box 1464,    Wall, NJ 07719-1464
517321493      NYU Hospital Center,    PO Box 415234,    Boston, MA 02241-5234
517321488      Nationstar Mortgage,    8590 Cypress Waters Blvd,    Dallas, TX 75019
```

```
District/off: 0312-3          User: admin              Page 2 of 5             Date Rcvd: Nov 14, 2018
                              Form ID: 148             Total Noticed: 128

517196844      Nationstar Mortgage,    8590 Cyrpress Waters Blvd,    Dallas, TX   75019
517634443     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517368783     +Nationstar Mortgage d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
517383804     +New Jersey Natural Gas,    1415 Wykoff Rd,    P.O. Box 1378,    Wall, NJ 07719-1378
517321494      Ocean Medical Center,    PO Box 650292,    Dallas, TX   75265-0292
517321495      Ocean Medical Center,    Dept 688,    PO Box 4115,    Concord, CA  94524-4115
517196847      Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL  32826-2703
517430213      Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                West Palm Beach, FL 33416-4605
517196848      Ocwen Loan Servicing, LLC,    Attn: Customer Care,    PO Box 24738,
                West Palm Beach, FL  33416-4738
517321499     +Oxygen Recovery Group,    1 Hillcrest Center Dr,    Spring Valley, NY 10977-3745
517321505      PNC Bank,    Centralized Customer Assistance,    PO Box 1366,    Pittsburgh, PA  15230-1366
517196851     +PNC Bank, National Association,    2 Tower Center Blvd,    East Brunswick, NJ 08816-1199
517321511      PSE&G,    PO Box 14444,    New Brunswick, NJ   08906-4444
517196849      Palisades Collection,    PO Box 1244,    Englewood Cliffs, NJ  07632-0244
517321501     #Park Place 2,    MSK Professional Mgnt LLC,    PO Box 355,    Adelphia, NJ  07710-0355
517376625     +Park Place 2 Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
                850 Carolier Lane,    North Brunswick, NJ 08902-3312
517321503      Pediatric Affiliates,    ICS System,    PO Box 64437,    Saint Paul, MN  55164-0437
517196850      Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ  08054-3437
517196852      Porfiria Tovar,    117 Woehr Ave Apt 2L,    Lakewood, NJ  08701-3487
517196853      Powers Kirn, LLC,    Attys for Wells Fargo,    728 Marne Hwy Ste 200,
                Moorestown, NJ  08057-3128
517321509      Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
517321508      Pressler and Pressler,    Attys For New Century Financial,    7 Entin Rd,
                Parsippany, NJ  07054-5020
517321510      Pressler and Pressler,    Attys For Palisades Collection,    7 Entin Rd,
                Parsippany, NJ  07054-5020
517321513      RWJ Physician Enterprises PA,    PO Box 826405,    Philadelphia, PA  19182-6405
517321512      Riverview  Medical  Center,    Trans Continental Credit Col/,    PO Box 5055,
                White Plains, NY  10602-5055
517224411    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
517321514     +Santander Bank,    Bankruptcy Dept,    601 Penn St,    Reading, PA 19601-3563
517196855      Seterus,    PO Box 1077,    Hartford, CT  06143-1077
517321517      Shore Imaging,    1166 River Ave Ste 102,    Lakewood, NJ  08701-5600
517196857      Spec Loan Sv,    8742 Lucent Blvd,    Highlands Ranch, CO  80129-2302
517364610     +State of New Jersey Workers Compensation,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                Parsippany NJ  07054-5020
517196858      State of New jersey,    Div of Taxation Bk Se P O,    PO Box 245 Box 245,
                Trenton, NJ  08602-0245
517321519      Sunrise Credit Services,    for Optimum #24214297,    PO Box 9100,    Farmingdale, NY  11735-9100
517321522      TD Bank, N.A.,    PO Box 129,    Thorofare, NJ  08086-0129
517196860     +Tax Collector,    City Hall,    319 E State St,    Trenton, NJ 08608-1865
517196859      Tax Collector,    Township of Lakewood,    231 3rd St,    Lakewood, NJ  08701-3220
517321523      Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA  19101-1433
517321524      Township of Lakewood Water & Sewer,    231 3rd St,    Lakewood, NJ  08701-3220
517321525      Trans Collection Credt,    PO Box 5055,    White Plains, NY  10602-5055
517247609     +Trenton Water Works,    319 East State St,    Rm 113,    Trenton, NJ 08608-1809
517196861      U S Attorney General,    970 Broad St,    Newark, NJ  07102-2534
517218659     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517431871      U.S. Bank National Association, as Trustee,    C/O Nationstar Mortgage LLC d/b/a Mr. Co,
                Bankruptcy Department, PO Box 619094,    Dallas, Texas 75261-9741
517321527      VERIZON,    900 Merchants Concourse,    Westbury, NY  11590-5142
517278259     +Vanz, LLC,    c/o Fein Such Kahn & Shepard, PC,    7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609
517321531      Womens Place,    34 Sycamore Ave Ste 2A,    Little Silver, NJ  07739-1248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: IRS.COM Nov 15 2018 05:48:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 01:45:31      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 01:45:28      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517196830      EDI: WFFC.COM Nov 15 2018 05:48:00      America Servicing Company,    PO Box 10335,
                Des Moines, IA  50306-0335
517247097      EDI: BECKLEE.COM Nov 15 2018 05:43:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern  PA 19355-0701
517321452      EDI: AARGON.COM Nov 15 2018 05:48:00      Argon Collection Agency,    8668 Spring Mountain Rd,
                Las Vegas, NV  89117-4132
517321455      EDI: WFFC.COM Nov 15 2018 05:48:00      Bank of New York Mellon,    ASC,    3476 Stateview Blvd,
                Fort Mill, SC  29715-7203
517196833      EDI: CAPITALONE.COM Nov 15 2018 05:48:00      Capital One,    Bankruptcy Claims Servicer,
                PO Box 30285,    Salt Lake City, UT  84130-0285
```

```
District/off: 0312-3          User: admin              Page 3 of 5              Date Rcvd: Nov 14, 2018
                              Form ID: 148             Total Noticed: 128


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517196834      +E-mail/Text: ering@cbhv.com Nov 15 2018 01:45:19      Cb of the Hudson Valle,    155 N Plank Rd,
                Newburgh, NY 12550-1748
517321459       E-mail/Text: compliance@chaserec.com Nov 15 2018 01:46:33       Chase Receivables,
                1247 Broadway,    Sonoma, CA 95476-7503
517321466       EDI: RCSFNBMARIN.COM Nov 15 2018 05:48:00      Credit One Bank,    PO Box 60500,
                City of Industry, CA 91716-0500
517321474       E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Nov 15 2018 01:46:17
                Jersey Shore Medical Ctr,    PO Box 417140,    Boston, MA 02241-7140
517207224       EDI: RESURGENT.COM Nov 15 2018 05:48:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                P.O. Box 10675,    Greenville, SC 29603-0675
517321484       E-mail/Text: ebn@rwjbh.org Nov 15 2018 01:45:59      Monmouth Medical Ctr,    PO Box 29965,
                New York, NY 10087-9965
517196845       E-mail/PDF: bankruptcy@ncfsi.com Nov 15 2018 01:50:19      New Century Financial Services,
                110 S Jefferson Rd Ste 104,    Whippany, NJ 07981-1038
517321498       E-mail/Text: bcwrtoff@cablevision.com Nov 15 2018 01:46:30       Optimum,   6 Corporate Center Dr,
                Melville, NY 11747-3845
517573425      +E-mail/Text: bankruptcy@pseg.com Nov 15 2018 01:44:13      PSE&G,   Attn: Bankruptcy,
                PO Box 490,    Cranford NJ 07016-0490
517321500       E-mail/Text: ebn@vativrecovery.com Nov 15 2018 01:44:47      Palisades Collectio,
                210 Sylvan Ave,    Englewood, NJ 07632-2524
517326267       E-mail/Text: ebn@vativrecovery.com Nov 15 2018 01:44:47      Palisades Collections, LLC,
                VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                P.O. Box 40728,    Houston, TX 77240-0728
517321502       EDI: RMSC.COM Nov 15 2018 05:48:00      Pay Pal Credit Services - Synchrony,
                Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
517381517       EDI: Q3G.COM Nov 15 2018 05:49:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                PO Box 788,    Kirkland, WA 98083-0788
517400950       EDI: Q3G.COM Nov 15 2018 05:49:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                PO Box 788,    Kirkland, WA 98083-0788
517196854      +E-mail/Text: bankruptcy@senexco.com Nov 15 2018 01:44:12      Senex Services Corp,
                333 Founds Rd,    Indianapolis, IN 46268
517321528       EDI: VERIZONCOMB.COM Nov 15 2018 05:43:00      Verizon Wireless,    Bankruptcy Department,
                500 Technology Dr Ste 550,    Weldon Spring, MO 63304-2225
517196862       EDI: WFFC.COM Nov 15 2018 05:48:00      Wells Fargo Home Mortgage,    Customer Service,
                PO Box 10335,    Des Moines, IA 50306-0335
517321530       E-mail/Text: BKRMailOps@weltman.com Nov 15 2018 01:45:38      Weltman Weinberg Reis,
                323 W Lakeside Ave Ste 200,    Cleveland, OH 44113-1009
                                                                                               TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Land Line Equities LLC,   c/o Kessler Law,   354 Eisenhower Parkway,    Plaza I, Suite 2250,
               Livingston, NJ 07039-1022
cr*           +Park Place 2 Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
               850 Caroiler Lane,   North Brunswick, NJ 08902-3312
517321451*     America Servicing Company,   PO Box 10335,    Des Moines, IA 50306-0335
517321453*     Assoc Credit Services,   115 Flanders Rd Ste 140,    Westborough, MA 01581-1087
517321457*    +Cb of the Hudson Valle,   155 N Plank Rd,   Newburgh, NY 12550-1748
517321465*    +Coventry Square Condo Assn,    445 E Kennedy Blvd,   Lakewood, NJ 08701-1496
517321467*     Debt Recovery Solution,   900 Merchants Concourse,    Westbury, NY 11590-5142
517321468*     Deutsche Bank National Truste Co,    8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
517196839*     Internal Revenue Service,   Centralized Insolvency Operation,    PO Box 7346,
               Philadelphia, PA 19101-7346
517321480*     Leisure Village East Assn, Inc.,    1 Dumbarton Dr,   Lakewood, NJ 08701-6666
517321481*     Lieberman & Blecher PC,   10 Jefferson Plz Ste 400,    Princeton, NJ 08540-9502
517321482*     McGovern Legal Services LLC,    PO Box 1111,   New Brunswick, NJ 08903-1111
517321491*     NJ Attorney General,   Division of Law Richard J Hughes Justice,    25 Market St,
               Trenton, NJ 08611-2148
517321496*     Ocwen Loan Servicing L,   12650 Ingenuity Dr,    Orlando, FL 32826-2703
517321497*     Ocwen Loan Servicing, LLC,   Attn: Customer Care,    PO Box 24738,
               West Palm Beach, FL 33416-4738
517432306*     Ocwen Loan Servicing, LLC,   ATTN: Bankruptcy Department,    P.O. Box 24605,
               West Palm Beach, FL 33416-4605
517435066*     Ocwen Loan Servicing, LLC,   ATTN: Bankruptcy Department,    P.O. Box 24605,
               West Palm Beach, FL 33416-4605
517321506*    +PNC Bank, National Association,    2 Tower Center Blvd,   East Brunswick, NJ 08816-1199
517321504*     Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,   Mount Laurel, NJ 08054-3437
517321507*     Powers Kirn, LLC,   Attys for Wells Fargo,    728 Marne Hwy Ste 200,
               Moorestown, NJ 08057-3128
517321515*    ++SENEX SERVICES CORP,   3333 FOUNDERS ROAD,    2ND FLOOR,   INDIANAPOLIS IN 46268-4932
              (address filed with court: Senex Services Corp,    333 Founds Rd,    Indianapolis, IN 46268)
517321516*     Seterus,   PO Box 1077,   Hartford, CT 06143-1077
517321518*     Sidney P Rossi, Esq.,   100 Craig Rd Ste 102,    Manalapan, NJ 07726-8731
517321521*    +Tax Collector,   City Hall,   319 E State St,    Trenton, NJ 08608-1865
517321520*     Tax Collector,   Township of Lakewood,   231 3rd St,    Lakewood, NJ 08701-3220
517321529*     Wells Fargo Home Mortgage,   Customer Service,    PO Box 10335,   Des Moines, IA 50306-0335
```

```
District/off: 0312-3           User: admin              Page 4 of 5               Date Rcvd: Nov 14, 2018
                               Form ID: 148             Total Noticed: 128

517321460      ##Chase Receivables,    PO Box 159,    Hawthorne, NY   10532-0159
517321485      ##Monmouth Medical Imaging,    PO Box 412,    Milwaukee, WI   53201-0412
517321489      ##Navesink Radiology,    PO Box 9337,    Peoria, IL   61612-9337
517196856      ##Sidney P Rossi, Esq.,    100 Craig Rd Ste 102,    Manalapan, NJ   07726-8731
517321526      ##Travel Cell,    1981 Coney Island Ave,    Brooklyn, NY   11223-2328
                                                                                 TOTALS: 0, * 26, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:

              Adam S. Kessler    on behalf of Creditor    Land Line Equities LLC akessler@kesslerlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR
               Alternative Loan Trust 2006-1, Mortgage Pass-Through Certif Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC (SLS), as servicer
               for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed
               Trust, Series INABS 2005-A, Home Equity Mortgage Loan Charlesj@w-legal.com,  BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Deutsche Bank National Trust Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank
               National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through
               Certificates, Series 2006-1 Charlesj@w-legal.com,  BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Keith A. Bonchi    on behalf of Creditor    City of Trenton keith@gmslaw.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND
               SERVICING AGREEMENT DATED AS OF APRIL 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED
               PASS-THROUGH CERTIFICATES SERIES 2005-WHQ2 bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Park Place 2 Condominium Association, Inc.
               collections@theassociationlawyers.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Leisure Village East Association, Inc.
               collections@theassociationlawyers.com

```
District/off: 0312-3          User: admin              Page 5 of 5               Date Rcvd: Nov 14, 2018
                              Form ID: 148             Total Noticed: 128
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Miriam Rosenblatt    on behalf of Creditor    WILMINGTON TRUST, COMPANY AS TRUSTEE bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
          Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A., AS TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORT nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Stuart J. Lieberman    on behalf of Creditor    Coventry Square Condominium Association dkn@liebermanblecher.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Ba ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 26