UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on November 14, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

  Avraham D. Manheim and Sylvia Manheim

Case No.: _____17-33851_____

Hearing Date: _____

Judge: _____Michael B. Kaplan_____

Chapter: _____11_____

| Recommended Local Form: | ❐ Followed | ❐ Modified |
|---|---|---|

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____the court for failure to prosecute_____and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-33851-MBK
Avraham D. Manheim                                                        Chapter 11
Sylvia Manheim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2            Date Rcvd: Nov 14, 2018
                                Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db/jdb          Avraham D. Manheim,   Sylvia Manheim,   807 Forest Ave,   Lakewood, NJ  08701-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Adam S. Kessler    on behalf of Creditor    Land Line Equities LLC akessler@kesslerlaw.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
               America, N.A., as Trustee, successor by merger to LaSalle Ba cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles H. Jeanfreau    on behalf of Creditor    Deutsche Bank National Trust Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Citibank, N.A., as successor Trustee to U.S.. Bank
               National Association, as Trustee for MASTR Alternative Loan Trust 2006-1, Mortgage Pass Through
               Certificates, Series 2006-1 Charlesj@w-legal.com,   BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               Citibank, N.A., as successor Trustee to U.S. Bank National Association, as Trustee for MASTR
               Alternative Loan Trust 2006-1, Mortgage Pass-Through Certif Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Charles H. Jeanfreau    on behalf of Creditor    Specialized Loan Servicing LLC (SLS), as servicer
               for Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed
               Trust, Series INABS 2005-A, Home Equity Mortgage Loan Charlesj@w-legal.com,   BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Keith A. Bonchi    on behalf of Creditor    City of Trenton keith@gmslaw.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND
               SERVICING AGREEMENT DATED AS OF APRIL 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED
               PASS-THROUGH CERTIFICATES SERIES 2005-WHQ2 bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Park Place 2 Condominium Association, Inc.
               collections@theassociationlawyers.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Leisure Village East Association, Inc.
               collections@theassociationlawyers.com
              Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt    on behalf of Creditor    WILMINGTON TRUST, COMPANY AS TRUSTEE
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 14, 2018
                             Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
           Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
           the laws of the United States of America dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
           AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A., AS
           TRUSTEE, FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORT nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          Stuart J. Lieberman    on behalf of Creditor    Coventry Square Condominium Association
           dkn@liebermanblecher.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
           successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
           America, N.A., as Trustee, successor by merger to LaSalle Ba ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 26
```