Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–33851–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Avraham D. Manheim
807 Forest Ave
Lakewood, NJ 08701–2627

Sylvia Manheim
807 Forest Ave
Lakewood, NJ 08701–2627

Social Security No.:
   xxx–xx–4883              xxx–xx–6132

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 1, 2019            Michael B. Kaplan
                                Judge, United States Bankruptcy Court